# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stamp Jr, Frederick P. | USDC/Northern West Virginia | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

P.O. Box 791
Wheeling, WV 26003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee-Emeritus | The Linsly School, Incorporated |
| 2. | Trustee-Emeritus | University of Richmond |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | WesBanco Bank Wheeling Board of Directors Fees |
| 2. | 2017 | Self-Employed Jewelry Manufacturing |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T | C | Dividend | L | T | | | | | |
| 2. Abbvie | D | Dividend | M | T | | | | | |
| 3. Automatic Data Processing | E | Dividend | O | T | | | | | |
| 4. JP Morgan Chase & Co | E | Dividend | P1 | T | | | | | |
| 5. Bristol Myers Squibb Co. | E | Dividend | P1 | T | | | | | |
| 6. CDK Global Inc | B | Dividend | M | T | | | | | |
| 7. Coca-Cola Co | E | Dividend | O | T | Distributed (part) | 12/20/17 | J | | |
| 8. Chevron Corp | D | Dividend | M | T | | | | | |
| 9. Conocophillips | C | Dividend | M | T | | | | | |
| 10. DowDupont Inc (formerly Dow Chemical Co) | D | Dividend | M | T | | | | | |
| 11. Dell Technologies | | None | L | T | | | | | |
| 12. Exxon Mobil Corp Com | E | Dividend | N | T | | | | | |
| 13. Facebook | | None | K | T | Distributed (part) | 12/20/17 | J | | |
| 14. | | | | | Distributed (part) | 12/29/17 | K | | |
| 15. General Electric | E | Dividend | N | T | | | | | |
| 16. Alphabet Inc Cl A | | None | N | T | | | | | |
| 17. Alphabet Inc Cl C | | None | N | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hazlett, Burt & Watson, Inc. | F | Int./Div. | O | T | | | | | |
| 19. Intel Corp | D | Dividend | N | T | | | | | |
| 20. Intercontinental Exchange Group | B | Dividend | M | T | | | | | |
| 21. Invesco Select Real Est Y | B | Dividend | | | Sold | 09/11/17 | M | C | |
| 22. PPG Corp | C | Dividend | M | T | | | | | |
| 23. Wasatch Funds Inc 1st Source | | None | | | Sold | 09/11/17 | L | | |
| 24. Zimmer Biomet Holdings Inc | D | Dividend | O | T | | | | | |
| 25. 3M Company | C | Dividend | M | T | | | | | |
| 26. Century Properties X LP | D | Rent | L | W | | | | | |
| 27. Century Properties XII LP | C | Rent | K | W | | | | | |
| 28. Century Properties XIV LP | D | Rent | K | W | | | | | |
| 29. Century Properties XV LP | D | Rent | L | W | | | | | |
| 30. Century Properties XVI LP | D | Rent | L | W | | | | | |
| 31. Century Properties XVIII LP | C | Rent | K | W | | | | | |
| 32. Century Properties XIX LP | B | Rent | K | W | | | | | |
| 33. Century Properties XX LP | B | Rent | K | W | | | | | |
| 34. Century Properties XXIII | B | Rent | K | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS WV Muni Bond Fund | E | Interest | O | T | | | | | |
| 36. American Century Mutual Funds Inc Heritage | E | Dividend | M | T | Buy (add'l) | 12/20/17 | K | | |
| 37. T Rowe Price New Horizons | E | Dividend | O | T | Buy (add'l) | 12/16/17 | K | | |
| 38. Federated Gov't Obligatiuons Tax Managed Fund | B | Interest | N | T | Buy (add'l) | 01/03/17 | N | | |
| 39. | | | | | Sold (part) | 01/09/17 | M | | |
| 40. Air Products & Chemicals Inc | E | Dividend | O | T | | | | | |
| 41. Apple Computer Inc | E | Dividend | P1 | T | | | | | |
| 42. CR Bard Inc | B | Dividend | N | T | Distributed (part) | 12/20/17 | L | | |
| 43. Caterpillar | D | Dividend | N | T | | | | | |
| 44. Chubb Corp | B | Dividend | L | T | | | | | |
| 45. Walt Disney Co | D | Dividend | O | T | | | | | |
| 46. Home Depot | E | Dividend | P1 | T | | | | | |
| 47. Ishares TR Future Issues China | D | Dividend | N | T | | | | | |
| 48. Ishares-TR MSCI Emerging Market Index Fund | C | Dividend | M | T | | | | | |
| 49. Microsoft | E | Dividend | P1 | T | | | | | |
| 50. Paychex Inc | D | Dividend | N | T | | | | | |
| 51. Pepsico | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pinnacle West Cap CP | D | Dividend | M | T | | | | | |
| 53. Proctor & Gamble Co. | D | Dividend | N | T | | | | | |
| 54. Roper Technology Inc | D | Dividend | P1 | T | | | | | |
| 55. Schlumberger Ltd | D | Dividend | M | T | | | | | |
| 56. Varex Imaging Corp | | None | L | T | Spinoff (from line 57) | 02/09/17 | L | | |
| 57. Varian Med Sys Inc | | None | O | T | | | | | |
| 58. Verizon Communications | C | Dividend | M | T | | | | | |
| 59. Versum Materials Inc | A | Dividend | M | T | | | | | |
| 60. Visa Inc | A | Dividend | L | T | | | | | |
| 61. Walgreens Boots Alliance Inc | C | Dividend | M | T | | | | | |
| 62. Yum Brands Inc Com | D | Dividend | N | T | | | | | |
| 63. Yum China Hlds Brands | A | Dividend | M | T | | | | | |
| 64. JP Morgan Bank Accounts | A | Interest | J | T | | | | | |
| 65. WesBanco Bank Accounts | A | Interest | J | T | | | | | |
| 66. General Mills | A | Dividend | K | T | | | | | |
| 67. WesBanco | A | Dividend | J | T | | | | | |
| 68. Riverview Assoc. | D | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #1 (Security National) (H) | | | | | | | | | |
| 70. Federated Prime Obligations Fund | A | Dividend | K | T | Buy (add'l) | 01/03/17 | L | | |
| 71. | | | | | Sold (part) | 01/09/17 | L | | |
| 72. Amazon Com Inc | | None | K | T | | | | | |
| 73. Alphabet Inc | | None | K | T | Buy | 02/09/17 | K | | |
| 74. Amgen | C | Dividend | M | T | Sold (part) | 12/21/17 | K | E | |
| 75. Automatic Data Processing | A | Dividend | K | T | | | | | |
| 76. Blackrock Inc | A | Dividend | K | T | Buy | 02/09/17 | K | | |
| 77. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 78. Colgate Palmolive | B | Dividend | L | T | Sold (part) | 12/21/17 | K | D | |
| 79. IBM | B | Dividend | K | T | | | | | |
| 80. Intel Corp | B | Dividend | K | T | | | | | |
| 81. Ishares MSCI EM Mkt | A | Dividend | M | T | Buy (add'l) | 09/14/17 | K | | |
| 82. | | | | | Buy (add'l) | 12/21/17 | L | | |
| 83. Ishares MSCI EAFE ETF | A | Dividend | M | T | Buy | 05/04/17 | K | | |
| 84. | | | | | Buy (add'l) | 09/14/17 | K | | |
| 85. | | | | | Buy (add'l) | 12/21/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ishares TR S&P MC 400VL ETF | A | Dividend | L | T | Buy | 09/14/17 | K | | |
| 87. | | | | | Buy (add'l) | 12/21/17 | K | | |
| 88. Ishares TR SP SMCP 600VL ETF | A | Dividend | L | T | Buy | 09/14/17 | K | | |
| 89. | | | | | Buy (add'l) | 12/21/17 | K | | |
| 90. Ishares TR SP SMCP 600GR ETF | A | Dividend | L | T | Buy | 09/14/17 | K | | |
| 91. | | | | | Buy (add'l) | 12/21/17 | K | | |
| 92. Ishares TR S&P MC 400GR ETF | A | Dividend | L | T | Buy | 09/14/17 | K | | |
| 93. | | | | | Buy (add'l) | 12/21/17 | K | | |
| 94. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 95. Chubb Corp | A | Dividend | K | T | | | | | |
| 96. Cisco Systems Inc | B | Dividend | K | T | | | | | |
| 97. Dominion Energy Inc VA (formerly Dominion Resources Inc) | B | Dividend | L | T | | | | | |
| 98. Facebook | | None | L | T | | | | | |
| 99. Home Depot Inc | C | Dividend | L | T | Sold (part) | 09/14/17 | L | E | |
| 100. | | | | | Sold (part) | 12/21/17 | K | E | |
| 101. Paypal Holdings Inc | | None | K | T | | | | | |
| 102. Procter & Gamble Company | B | Dividend | K | T | Sold (part) | 12/21/17 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pepsico Inc | B | Dividend | L | T | Sold (part) | 12/21/17 | K | D | |
| 104. PPG Inds Inc | A | Dividend | K | T | | | | | |
| 105. Qualcomm Inc | A | Dividend | K | T | | | | | |
| 106. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 107. General Electric Co. | B | Dividend | K | T | | | | | |
| 108. Gilead Sciences Inc | A | Dividend | K | T | | | | | |
| 109. Kimberly Clark Corp | B | Dividend | | | Sold | 09/14/17 | L | E | |
| 110. Microsoft | B | Dividend | L | T | | | | | |
| 111. Omnicom Group | B | Dividend | K | T | Sold (part) | 12/21/17 | K | D | |
| 112. Schlumberger Ltd | B | Dividend | L | T | Sold (part) | 09/14/17 | J | D | |
| 113. AT&T Inc | B | Dividend | K | T | | | | | |
| 114. Exxon Mobil Corp | C | Dividend | L | T | Sold (part) | 12/21/17 | K | E | |
| 115. Thermo Fisher | A | Dividend | M | T | Sold (part) | 12/21/17 | K | E | |
| 116. Dell Technologies | | None | | | Sold | 05/04/17 | K | D | |
| 117. Ebay Inc | | None | K | T | | | | | |
| 118. United Technologies | B | Dividend | L | T | | | | | |
| 119. Verizon | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Visa Inc | A | Dividend | K | T | | | | | |
| 121. Vulcan Materials | A | Dividend | K | T | | | | | |
| 122. Walt Disney Co | B | Dividend | L | T | Sold (part) | 09/14/17 | K | E | |
| 123. | | | | | Sold (part) | 12/21/17 | K | E | |
| 124. Trust #2 (Security National) (H) | | | | | | | | | |
| 125. Federated Tax Free Obligations | A | Dividend | M | T | | | | | |
| 126. Sterling WV Intermediate Tax Free Fund | D | Dividend | N | T | Buy (add'l) | 12/15/17 | J | | |
| 127. ConocoPhillips | B | Dividend | L | T | | | | | |
| 128. Caterpillar Inc | C | Dividend | M | T | | | | | |
| 129. CR Bard | B | Dividend | N | T | Sold (part) | 12/29/17 | N | G | |
| 130. Blackrock Inc | C | Dividend | M | T | | | | | |
| 131. Intel Corp | C | Dividend | M | T | | | | | |
| 132. IBM | D | Dividend | M | T | | | | | |
| 133. Ishares TR S&P Small Cap 600 Growth | A | Dividend | L | T | | | | | |
| 134. Ishares TR S&P Small Cap 600 Value | B | Dividend | L | T | | | | | |
| 135. Ishares MSCI EMG MKT ETF | B | Dividend | L | T | Buy | 05/08/17 | K | | |
| 136. | | | | | Buy (add'l) | 09/12/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Ishares MSCI EAFE ETF | B | Dividend | M | T | Buy | 05/08/17 | L | | |
| 138. | | | | | Buy (add'l) | 09/12/17 | L | | |
| 139.  Ishares TR S&P MC 400GR ETF | A | Dividend | L | T | Buy | 02/15/17 | L | | |
| 140.  Ishares TR S&P MC 400VL ETF | B | Dividend | L | T | Buy | 02/15/17 | L | | |
| 141.  Johnson & Johnson | C | Dividend | M | T | | | | | |
| 142.  Kraft Heinz Co | B | Dividend | L | T | | | | | |
| 143.  Mondelez Intl | B | Dividend | L | T | | | | | |
| 144.  Constellation Brands | D | Dividend | O | T | Sold (part) | 09/12/17 | M | F | |
| 145.  Devon Energy | A | Dividend | L | T | | | | | |
| 146.  Eaton Vance Floating Rate I | D | Dividend | M | T | | | | | |
| 147.  Ebay Inc | | None | K | T | | | | | |
| 148.  Paypal Holdings Inc | | None | M | T | Buy (add'l) | 09/12/17 | L | | |
| 149.  Procter & Gamble Company | D | Dividend | N | T | | | | | |
| 150.  Duke Energy | C | Dividend | M | T | | | | | |
| 151.  Quest Diagnostics | C | Dividend | M | T | | | | | |
| 152.  Schlumberger LTD | C | Dividend | M | T | | | | | |
| 153.  Bristol-Myers Squibb Co. | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Zimmer Biomet Holdings Inc | A | Dividend | M | T | | | | | |
| 155. 3M | D | Dividend | O | T | | | | | |
| 156. Omnicom Group | D | Dividend | N | T | | | | | |
| 157. Chevron Corp | D | Dividend | N | T | | | | | |
| 158. Chubb Corp | B | Dividend | M | T | Buy (add'l) | 09/12/17 | L | | |
| 159. Cisco Systems | C | Dividend | M | T | | | | | |
| 160. Visa Inc | B | Dividend | M | T | | | | | |
| 161. Walt Disney Co | C | Dividend | N | T | | | | | |
| 162. Weyerhaeuser Company | A | Dividend | | | Sold | 05/08/17 | L | E | |
| 163. Thermo Fisher | B | Dividend | O | T | | | | | |
| 164. Altria Group Inc | D | Dividend | M | T | | | | | |
| 165. Union Pacific Corp | D | Dividend | O | T | Sold (part) | 09/12/17 | M | F | |
| 166. United Technologies Corp | C | Dividend | M | T | | | | | |
| 167. Versum Materials | A | Dividend | | | Sold | 05/08/17 | K | E | |
| 168. Verizon Communications | D | Dividend | M | T | | | | | |
| 169. Vulcan Materials | A | Dividend | L | T | | | | | |
| 170. Abbott Labs | B | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Abbvie | D | Dividend | M | T | | | | | |
| 172. Air Products & Chemicals | D | Dividend | N | T | | | | | |
| 173. Amazon Com Inc | | None | M | T | | | | | |
| 174. Apple Inc | B | Dividend | M | T | | | | | |
| 175. Automatic Data Processing | B | Dividend | M | T | | | | | |
| 176. AT&T | D | Dividend | M | T | | | | | |
| 177. Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 178. Facebook Inc | | None | M | T | | | | | |
| 179. General Mills Inc. | D | Dividend | M | T | | | | | |
| 180. Gilead Sciences Inc | C | Dividend | M | T | | | | | |
| 181. Alphabet Inc Cl A | | None | M | T | | | | | |
| 182. Alphabet Inc Cl C | | None | M | T | | | | | |
| 183. Grainger WW Inc | D | Dividend | N | T | | | | | |
| 184. Home Depot | D | Dividend | O | T | Sold (part) | 09/12/17 | M | F | |
| 185. Microsoft Corp Com | D | Dividend | O | T | | | | | |
| 186. Oracle Corp Com | D | Dividend | N | T | | | | | |
| 187. Philip Morris Intl Inc | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CVS | D | Dividend | N | T | | | | | |
| 189. Trust #3 (H) | | | | | | | | | |
| 190. AT&T | B | Dividend | K | T | | | | | |
| 191. Abbott Labs | B | Dividend | L | T | | | | | |
| 192. Abbvie | C | Dividend | L | T | | | | | |
| 193. Air Products & Chemicals | B | Dividend | L | T | | | | | |
| 194. Altria Group | B | Dividend | L | T | | | | | |
| 195. Amazon Com Inc | | None | K | T | | | | | |
| 196. Dominion Energy Inc VA (formerly Dominion Resources) | B | Dividend | K | T | | | | | |
| 197. Pepsico | B | Dividend | L | T | | | | | |
| 198. Philip Morris Int'l Inc | C | Dividend | L | T | | | | | |
| 199. Intel Corp | C | Dividend | M | T | | | | | |
| 200. Genuine Parts Co. | B | Dividend | K | T | Sold (part) | 09/12/17 | K | E | |
| 201. Harbor Intl I | C | Dividend | L | T | | | | | |
| 202. Praxair Inc | A | Dividend | K | T | | | | | |
| 203. Eaton Vance Floating Rate | C | Dividend | L | T | | | | | |
| 204. 3M Company | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 43

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2018

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Templeton Global Fund Adv | D | Dividend | L | T | Buy | 02/06/17 | L | | |
| 206. Thermo Fisher Scientific Inc | A | Dividend | L | T | Buy | 02/07/17 | K | | |
| 207. United Technologies | B | Dividend | L | T | | | | | |
| 208. Vanguard ST Invest Grade | B | Dividend | L | T | Buy | 02/06/17 | L | | |
| 209. Visa Inc | A | Dividend | L | T | | | | | |
| 210. Vulcan Materials | A | Dividend | K | T | | | | | |
| 211. Yum Brands | B | Dividend | L | T | | | | | |
| 212. Yum China Hldgs | | None | | | Sold | 09/12/17 | K | E | |
| 213. Bristol-Myers Squibb | D | Dividend | M | T | | | | | |
| 214. Canadian Nat'l Ry Co | B | Dividend | L | T | | | | | |
| 215. Chubb Corp | B | Dividend | L | T | | | | | |
| 216. Facebook Inc | | None | L | T | | | | | |
| 217. Occidental Pete Corp | C | Dividend | L | T | | | | | |
| 218. PPG Industries | A | Dividend | L | T | | | | | |
| 219. Raytheon Corp | B | Dividend | K | T | Sold (part) | 09/12/17 | K | E | |
| 220. | | | | | Sold (part) | 09/28/17 | K | E | |
| 221. | | | | | Sold (part) | 10/17/17 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. WEC Energy Group Inc | B | Dividend | L | T | Sold (part) | 09/12/17 | J | D | |
| 223. Entergy Corp New | B | Dividend | K | T | | | | | |
| 224. General Electric Company | D | Dividend | L | T | | | | | |
| 225. International Business Mach Corp | C | Dividend | L | T | | | | | |
| 226. Ishares MSCI EM Mrkt | C | Dividend | M | T | Buy (add'l) | 09/12/17 | K | | |
| 227. | | | | | Buy (add'l) | 09/29/17 | L | | |
| 228. Ishares MSCI EAFE Index | C | Dividend | M | T | Buy (add'l) | 09/12/17 | L | | |
| 229. | | | | | Buy (add'l) | 09/29/17 | K | | |
| 230. Ishares TR S&P MC 400GR ETF | A | Dividend | K | T | Buy | 02/07/17 | K | | |
| 231. Ishares TR S&P MC 400VL ETF | A | Dividend | K | T | Buy | 02/07/17 | K | | |
| 232. Ishares SP SMCP 600VL ETF | A | Dividend | K | T | Buy | 02/07/17 | K | | |
| 233. Ishares SP SMCP 600GR ETF | A | Dividend | K | T | Buy | 02/07/17 | K | | |
| 234. Ishares Cohen & Steers Rlty | C | Dividend | M | T | | | | | |
| 235. Archer Daniels Midland | B | Dividend | L | T | Sold (part) | 09/29/17 | J | C | |
| 236. Blackrock Inc | B | Dividend | L | T | | | | | |
| 237. Eagle Ser Mid Cap Stock Fd Class I | | None | | | Sold | 02/06/17 | M | E | |
| 238. Exxon Mobil Corp | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Johnson & Johnson | C | Dividend | M | T | | | | | |
| 240.  Federated Tax-Free Obligation Fund | A | Dividend | K | T | | | | | |
| 241.  JPMorgan Intermed Tax Free Bond | D | Dividend | O | T | | | | | |
| 242.  JPMorgan Muni Income Fund | C | Dividend | M | T | | | | | |
| 243.  JPMorgan High Yield Bond Fund | D | Dividend | M | T | | | | | |
| 244.  JPMorgan Tr I Tax Aware Real Rtn Fd | A | Dividend | | | Sold | 05/02/17 | L | C | |
| 245.  Payden High Income Fund | A | Dividend | | | Sold | 02/06/17 | M | | |
| 246.  Fidelity Advisor High Inc Adv | D | Dividend | M | T | | | | | |
| 247.  Federated Short-Interim Duration Muni | A | Dividend | L | T | Buy | 05/02/17 | L | | |
| 248.  General Mills | B | Dividend | L | T | Sold (part) | 09/29/17 | J | B | |
| 249.  Verizon | B | Dividend | K | T | | | | | |
| 250.  Home Depot | D | Dividend | N | T | Sold (part) | 09/29/17 | K | E | |
| 251.  Microsoft Corp Com | D | Dividend | N | T | Sold (part) | 09/29/17 | K | E | |
| 252.  Cisco Systems | D | Dividend | M | T | | | | | |
| 253.  Coca-Cola | C | Dividend | L | T | | | | | |
| 254.  Colgate Palmolive Co | B | Dividend | L | T | | | | | |
| 255.  Dodge & Cox Int'l Stock Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Trust #4 (Security National) (H) | | | | | | | | | |
| 257. Federated Government Obligations Fund | A | Dividend | K | T | | | | | |
| 258. 3M Co | A | Dividend | | | Sold | 09/14/17 | K | E | |
| 259. AT&T | A | Dividend | | | Sold | 09/14/17 | J | C | |
| 260. Amazon Com Inc | | None | | | Sold | 09/14/17 | K | D | |
| 261. Chevron | A | Dividend | | | Sold | 09/14/17 | K | B | |
| 262. Duke Energy | A | Dividend | | | Sold (part) | 05/02/17 | J | B | |
| 263. | | | | | Sold | 09/14/17 | J | B | |
| 264. General Electric | A | Dividend | | | Sold | 09/14/17 | J | B | |
| 265. Abbott Labs | A | Dividend | | | Sold | 09/14/17 | K | D | |
| 266. Abbvie | A | Dividend | | | Sold | 09/14/17 | K | E | |
| 267. Colgate Palmolive | A | Dividend | | | Sold | 09/14/17 | K | D | |
| 268. Conocophillips Com | A | Dividend | | | Sold | 09/14/17 | J | D | |
| 269. Facebook Inc | | None | | | Sold | 09/14/17 | K | D | |
| 270. IBM | A | Dividend | | | Sold | 09/14/17 | J | C | |
| 271. Intel Corp | A | Dividend | | | Sold | 09/14/17 | K | D | |
| 272. Johnson & Johnson | A | Dividend | | | Sold | 09/14/17 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273. Pepsico | A | Dividend | | | Sold (part) | 05/02/17 | J | C | |
| 274. | | | | | Sold | 09/14/17 | K | E | |
| 275. Proctor & Gamble | A | Dividend | | | Sold | 09/14/17 | K | D | |
| 276. Quest Diagnostics | A | Dividend | | | Sold (part) | 05/02/17 | J | C | |
| 277. | | | | | Sold | 09/14/17 | K | D | |
| 278. Schlumberger | A | Dividend | | | Sold | 05/02/17 | J | C | |
| 279. United Technologies | A | Dividend | | | Sold | 09/14/17 | K | D | |
| 280. Verizon Communications | A | Dividend | | | Sold | 09/14/17 | J | B | |
| 281. Walt Disney Co | A | Dividend | | | Sold | 09/14/17 | K | E | |
| 282. Thermo Fisher | A | Dividend | | | Sold | 09/14/17 | K | E | |
| 283. American Century Value Instl | B | Dividend | K | T | Buy | 09/19/17 | K | | |
| 284. American Century Midcap Value I | B | Dividend | K | T | Buy | 09/19/17 | K | | |
| 285. Dodge & Cox International Stock | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 286. Eaton Vance Floating Rate | A | Dividend | K | T | Buy | 09/19/17 | J | | |
| 287. Federated High Yield Inst | A | Dividend | K | T | Buy | 09/19/17 | J | | |
| 288. Federated Total Rtn Bond | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 289. Federated Ultra Short Bond | A | Dividend | K | T | Buy | 09/19/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Fidelity Advisor High Income Adv | A | Dividend | K | T | Buy | 09/19/17 | J | | |
| 291. Fidelity Intl Small Cap | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 292. Harbor Intl | B | Dividend | K | T | Buy | 09/19/17 | K | | |
| 293. JPMogan Large Cap Growth | C | Dividend | K | T | Buy | 09/19/17 | K | | |
| 294. Clearbridge Large Cap Growth | B | Dividend | K | T | Buy | 09/19/17 | K | | |
| 295. MFS Global Equity | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 296. Metropolitan West Total Return Bond | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 297. Northern Small Cap Value | B | Dividend | K | T | Buy | 09/19/17 | K | | |
| 298. Primecap Odyssey Aggresive Growth | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 299. T Rowe Price New Horizons | B | Dividend | K | T | Buy | 09/19/17 | K | | |
| 300. T Rowe Price Emerging Mkts Stk I | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 301. Templeton Global Bond Adv | A | Dividend | K | T | Buy | 09/19/17 | J | | |
| 302. Vanguard Equity Income Adm | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 303. Vanguard Interim Term Invest Grade | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 304. Vanguard Short Term Invest Grade | A | Dividend | K | T | Buy | 09/19/17 | K | | |
| 305. IRA #2 (HBW) (H) | | | | | | | | | |
| 306. Ishares MSCI EAFE ETF | A | Dividend | J | T | Sold (part) | 01/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. S&P Midcap 400 | A | Dividend | K | T | | | | | |
| 308. Powershares QQQ TR Uunit Ser A | A | Dividend | K | T | | | | | |
| 309. S&P Depository Rec (S&P 500 ETF) | A | Dividend | K | T | | | | | |
| 310. S&P Dow Jones Indl Avg EFT | A | Dividend | K | T | | | | | |
| 311. Federated Prime Obligation #10 | A | Dividend | J | T | Sold (part) | 01/09/17 | J | | |
| 312. | | | | | Buy (add'l) | 01/04/17 | J | | |
| 313. Prime Fund Capital Reserves "B" | A | Interest | | | Redeemed | 01/03/17 | N | | |
| 314. Federated Gov't Obligation Tax Managed | C | Interest | O | T | Buy | 01/03/17 | N | | |
| 315. Air Products & Checmical Inc | B | Dividend | L | T | | | | | |
| 316. Allegion Pub LTD Co | A | Dividend | L | T | | | | | |
| 317. Amazon.com Inc | | None | N | T | | | | | |
| 318. Caterpillar | C | Dividend | M | T | | | | | |
| 319. Tapestry (formerly Coach Inc) | | None | N | T | | | | | |
| 320. Coca Cola Inc | C | Dividend | M | T | | | | | |
| 321. Exxon Mobil Corp | E | Dividend | N | T | | | | | |
| 322. Facebook Inc | | None | M | T | Buy | 12/20/17 | J | | |
| 323. Home Depot | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Ishares Tr FTSE Xin Hua China | B | Dividend | L | T | | | | | |
| 325. IShares TR MSCI Emerging Mkt | C | Dividend | M | T | Buy (add'l) | 09/11/17 | L | | |
| 326. IShares MSCI EAFE ETF | A | Dividend | L | T | Buy | 09/11/17 | L | | |
| 327. IShares TR S&P MC 400GR ETF | A | Dividend | L | T | Buy | 09/11/17 | L | | |
| 328. IShares TR S&P MC 400VL ETF | A | Dividend | L | T | Buy | 09/11/17 | L | | |
| 329. IShares TR SP SMCP 600 VL ETF | A | Dividend | L | T | Buy | 09/11/17 | L | | |
| 330. IShares TR SP SMCP 600GR ETF | A | Dividend | L | T | Buy | 09/11/17 | L | | |
| 331. Microsoft Corp. | D | Dividend | O | T | | | | | |
| 332. Paypal Holdings Inc | | None | M | T | | | | | |
| 333. Pepsico | D | Dividend | N | T | | | | | |
| 334. Pinnacle West Capital Corp | C | Dividend | L | T | | | | | |
| 335. PPG Industries | C | Dividend | M | T | | | | | |
| 336. Varex Imaging Corp | | None | K | T | Spinoff (from line 337) | 02/09/17 | J | | |
| 337. Varian Med Sys Inc | | None | N | T | | | | | |
| 338. Walgreens Boots Alliance Inc | B | Dividend | L | T | | | | | |
| 339. Yum Brands Inc Com | B | Dividend | M | T | | | | | |
| 340. Yum China Hldgs | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Zimmer Biomet Holdings Inc | A | Dividend | M | T | | | | | |
| 342. 3M Company | C | Dividend | M | T | | | | | |
| 343. Abbvie | D | Dividend | M | T | | | | | |
| 344. Apple Computer Inc | E | Dividend | P1 | T | | | | | |
| 345. AT&T | D | Dividend | M | T | | | | | |
| 346. JP Morgan Chase & Co | C | Dividend | M | T | | | | | |
| 347. Bard CR Inc | B | Dividend | | | Sold | 12/29/17 | N | G | |
| 348. Blackrock Inc | D | Dividend | N | T | Buy (add'l) | 02/06/17 | L | | |
| 349. Bristol Myers Squibb | E | Dividend | O | T | | | | | |
| 350. Chevron Corporation | D | Dividend | M | T | | | | | |
| 351. Chubb Corp | D | Dividend | N | T | | | | | |
| 352. Colgate Palmolive Co | E | Dividend | O | T | | | | | |
| 353. Conocophillips | B | Dividend | M | T | | | | | |
| 354. Ebay Inc | | None | K | T | | | | | |
| 355. Dell Technologies | | None | K | T | | | | | |
| 356. General Electric | D | Dividend | M | T | | | | | |
| 357. Gilead Sciences Inc | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Alphabet Inc Cl A | | None | M | T | | | | | |
| 359. Alphabet Inc Cl C | | None | M | T | | | | | |
| 360. HBW Inc | A | Int./Div. | O | W | | | | | |
| 361. Occidental Petroleum Corp | D | Dividend | M | T | | | | | |
| 362. Ingersoll Rand Co | D | Dividend | N | T | | | | | |
| 363. Intel Corp | C | Dividend | M | T | | | | | |
| 364. Panera Bread Co Cl A | | None | | | Sold | 07/20/17 | O | G | |
| 365. Starbucks | E | Dividend | O | T | | | | | |
| 366. Stifel Finl Corp | A | Dividend | L | T | | | | | |
| 367. Roper Technology Inc | A | Dividend | M | T | | | | | |
| 368. Thermo Fisher Scientific | A | Dividend | M | T | | | | | |
| 369. Verizon Communications | C | Dividend | M | T | | | | | |
| 370. Visa Inc | B | Dividend | N | T | Buy (add'l) | 02/06/17 | L | | |
| 371. Vulcan Materials | A | Dividend | M | T | Buy (add'l) | 02/06/17 | L | | |
| 372. Wesbanco | D | Dividend | N | T | | | | | |
| 373. Whole Foods Market Inc | C | Dividend | | | Sold | 08/29/17 | N | G | |
| 374. MFS WV Muni Bond Fd | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 26 of 43

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. American Century Mutual Funds Inc Heritage | E | Dividend | M | T | | | | | |
| 376. Invesco Select Real Est Y | B | Dividend | | | Sold | 09/11/17 | M | C | |
| 377. T Rowe Price New Horizons A | E | Dividend | O | T | | | | | |
| 378. Wasatch Funds Inc 1st Source Long-Short | | None | | | Sold | 09/11/17 | L | | |
| 379. Trust #5 (H) | | | | | | | | | |
| 380. Federated Money Market US Treasury Cash Reserves | A | Dividend | J | T | | | | | |
| 381. A&T | A | Dividend | J | T | | | | | |
| 382. Amazon.com Inc | | None | K | T | Buy | 03/07/17 | J | | |
| 383. Advansix Inc | | None | | | Sold | 03/07/17 | J | A | |
| 384. Capital One Financial | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 385. Cardinal Health | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 386. Cisco Systems | A | Dividend | K | T | Sold (part) | 03/07/17 | K | D | |
| 387. Conoco Phillips | A | Dividend | J | T | | | | | |
| 388. Celgene Corp | | None | J | T | | | | | |
| 389. Church & Dwight Co | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 390. Continental Resources | | None | J | T | | | | | |
| 391. Danaher Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Eaton Corp PLC | A | Dividend | | | Sold | 03/07/17 | K | C | |
| 393. Fortive Corp | A | Dividend | | | Sold | 03/07/17 | J | C | |
| 394. General Electric | A | Dividend | J | T | Sold (part) | 03/07/17 | K | | |
| 395. Honeywell | A | Dividend | K | T | | | | | |
| 396. Kohls | A | Dividend | | | Sold | 03/07/17 | J | | |
| 397. McDonalds | A | Dividend | K | T | | | | | |
| 398. Microsoft | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 399. Nike Inc | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 400. McKesson Corp | A | Dividend | | | Sold | 03/07/17 | K | D | |
| 401. Oracle Systems | A | Dividend | K | T | | | | | |
| 402. Phillips 66 | A | Dividend | J | T | | | | | |
| 403. PNC Financial Svc Group | A | Dividend | J | T | | | | | |
| 404. PPG Industries | | None | K | T | | | | | |
| 405. Allergan Inc | A | Dividend | K | T | | | | | |
| 406. WesMark Bond Fund #556 | B | Dividend | L | T | | | | | |
| 407. Trust #6 (H) | | | | | | | | | |
| 408. Federated Money Market US Treasury Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. AT&T | C | Dividend | L | T | | | | | |
| 410. Amazon.com Inc | | None | L | T | Buy | 03/07/17 | L | | |
| 411. Apple Computer | C | Dividend | N | T | | | | | |
| 412. Boeing Company | C | Dividend | M | T | | | | | |
| 413. Bristol Myers Squibb | D | Dividend | N | T | | | | | |
| 414. Celgene Corp | | None | L | T | | | | | |
| 415. Cisco Systems | B | Dividend | L | T | | | | | |
| 416. Coca Cola Co | B | Dividend | L | T | | | | | |
| 417. Commerce Bancshares | B | Dividend | L | T | | | | | |
| 418. Conoco Phillips | A | Dividend | L | T | | | | | |
| 419. Constellation Brands Inc | A | Dividend | L | T | Buy | 03/07/17 | K | | |
| 420. Continental Resources | | None | K | T | | | | | |
| 421. Eaton Corp | B | Dividend | | | Sold | 03/07/17 | L | D | |
| 422. Exxon Mobil | B | Dividend | L | T | | | | | |
| 423. Nextera Energy | B | Dividend | L | T | | | | | |
| 424. Federated Total Return Bond Fund | D | Dividend | M | T | | | | | |
| 425. Fedex Corp | A | Dividend | L | T | Buy | 03/07/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Fluor Corp | A | Dividend | | | Sold | 03/07/17 | K | D | |
| 427. General Electric | C | Dividend | L | T | | | | | |
| 428. General Mills | B | Dividend | L | T | | | | | |
| 429. Honeywell Intl Inc | B | Dividend | L | T | Buy | 03/07/17 | L | | |
| 430. JP Morgan Chase & Co | D | Dividend | N | T | Sold (part) | 03/07/17 | M | G | |
| 431. Kohls | B | Dividend | | | Sold | 03/07/17 | K | | |
| 432. Lowes Cos Inc | B | Dividend | L | T | | | | | |
| 433. McDonalds | B | Dividend | L | T | | | | | |
| 434. Mondelez Intl | A | Dividend | K | T | | | | | |
| 435. Nike Inc | A | Dividend | L | T | Buy | 03/07/17 | K | | |
| 436. Phillips 66 | A | Dividend | K | T | | | | | |
| 437. PPG Industries | | None | L | T | | | | | |
| 438. Paypal Holdings | | None | L | T | Buy | 03/07/17 | L | | |
| 439. Vanguard Emerging VIP | A | Dividend | L | T | | | | | |
| 440. Allergan | B | Dividend | L | T | | | | | |
| 441. WesMark Bond Fund #556 | C | Dividend | N | T | Sold (part) | 12/28/17 | J | | |
| 442. Woodward Inc | A | Dividend | | | Sold | 03/07/17 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 43

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Trust #7 (H) | | | | | | | | | |
| 444. Wesmark WV Muni Bd Fnd #548 | E | Dividend | P1 | T | Sold (part) | 02/02/17 | L | | |
| 445. | | | | | Buy (add'l) | 08/31/17 | M | | |
| 446. Wesmark Small Co Growth Fd #391 | E | Dividend | N | T | | | | | |
| 447. AT&T | D | Dividend | M | T | | | | | |
| 448. Amazon Com Inc | | None | M | T | | | | | |
| 449. Apple Computer | D | Dividend | O | T | | | | | |
| 450. Artisan International Fd #661 | B | Dividend | M | T | | | | | |
| 451. Artisan MidCap Fund Class I | E | Dividend | M | T | | | | | |
| 452. Automatic Data Processing | B | Dividend | M | T | | | | | |
| 453. BP PLC | D | Dividend | M | T | | | | | |
| 454. Boeing Co | D | Dividend | N | T | | | | | |
| 455. Bristol-Myers Squibb Co. | D | Dividend | N | T | | | | | |
| 456. Broadcom | C | Dividend | N | T | | | | | |
| 457. Celgene | | None | M | T | | | | | |
| 458. Conoco Phillips | C | Dividend | M | T | | | | | |
| 459. Chevron Corp | F | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. CVS Health Corp | A | Dividend | | | Buy | 01/26/17 | M | | |
| 461. | | | | | Sold | 12/13/17 | M | | |
| 462. Cisco Systems | D | Dividend | N | T | | | | | |
| 463. Costco Wholesale Corp | D | Dividend | N | T | | | | | |
| 464. DowDupont Inc (formerly Dow Chemical Co) | C | Dividend | M | T | | | | | |
| 465. EOG Resources | D | Dividend | P1 | T | | | | | |
| 466. Express Scripts | | None | M | T | | | | | |
| 467. Federated Intercontinental Fund #176 | C | Dividend | M | T | | | | | |
| 468. Fifth Third Bancorp | B | Dividend | M | T | | | | | |
| 469. General Electric Co. | E | Dividend | M | T | | | | | |
| 470. Alphabet Inc Cl A | | None | M | T | | | | | |
| 471. Alphabet Inc Cl C | | None | M | T | | | | | |
| 472. Home Depot | D | Dividend | N | T | | | | | |
| 473. 3M | C | Dividend | M | T | | | | | |
| 474. IBM | D | Dividend | M | T | | | | | |
| 475. Invesco Intl Growth Fd Cl I | C | Dividend | M | T | | | | | |
| 476. Mastercard Inc Cl A | B | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 43

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Mondelez International | B | Dividend | M | T | | | | | |
| 478. Oracle Systems | C | Dividend | M | T | | | | | |
| 479. PNC Financial Svc | C | Dividend | M | T | | | | | |
| 480. Parker-Hannifin | B | Dividend | M | T | | | | | |
| 481. Pepsico Inc | D | Dividend | M | T | | | | | |
| 482. Phillips 66 | C | Dividend | M | T | | | | | |
| 483. Prime Cap Odyssey Aggressive Growth | B | Dividend | M | T | | | | | |
| 484. Proctor & Gamble Co | D | Dividend | M | T | | | | | |
| 485. Texas Instruments Inc | D | Dividend | O | T | | | | | |
| 486. Toll Brothers | A | Dividend | M | T | | | | | |
| 487. Union Pacific Corp | C | Dividend | M | T | | | | | |
| 488. Unitedhealth Group | C | Dividend | M | T | | | | | |
| 489. United Technologies | D | Dividend | O | T | | | | | |
| 490. US Bancorp | | None | M | T | | | | | |
| 491. WesBanco, Inc. | C | Dividend | M | T | | | | | |
| 492. Whitewave Foods | | None | | | Sold | 04/12/17 | M | E | |
| 493. Zimmer Holdings Inc | A | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Trust #9 (H) | | | | | | | | | |
| 495. Amazon Com Inc | | None | K | T | | | | | |
| 496. Amgen | A | Dividend | K | T | | | | | |
| 497. Apple Computer | C | Dividend | M | T | | | | | |
| 498. Artisan International Fund #661 | A | Dividend | L | T | | | | | |
| 499. Artisan MidCap Fund Cl I | D | Dividend | M | T | | | | | |
| 500. Boeing Co | B | Dividend | L | T | | | | | |
| 501. Celgene | | None | L | T | | | | | |
| 502. Conoco Phillips | A | Dividend | | | Sold | 12/13/17 | K | | |
| 503. Cisco Systems | C | Dividend | M | T | | | | | |
| 504. Continental Resources | | None | L | T | | | | | |
| 505. Costco Wholesale Corp | C | Dividend | L | T | | | | | |
| 506. DowDuPont Inc (formerly Dow Chemical Co) | B | Dividend | K | T | | | | | |
| 507. EOG Resources | A | Dividend | M | T | | | | | |
| 508. Express Scripts Holding Co | | None | K | T | | | | | |
| 509. Federated Intercontinental Fund #176 | B | Dividend | L | T | | | | | |
| 510. Haliburton | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Home Depot | B | Dividend | L | T | | | | | |
| 512. Hotchkis & Wiley Mid Cap Value Fund | C | Dividend | L | T | | | | | |
| 513. JP Morgan Chase | B | Dividend | L | T | | | | | |
| 514. Lyondellbasell Industries | A | Dividend | K | T | | | | | |
| 515. Macys | A | Dividend | | | Sold | 12/13/17 | K | | |
| 516. Mastercard Inc Cl A | A | Dividend | L | T | | | | | |
| 517. Merck & Comapany | B | Dividend | K | T | | | | | |
| 518. Mondelez Intl | A | Dividend | K | T | | | | | |
| 519. Nike Inc Class B | A | Dividend | L | T | | | | | |
| 520. PNC Financial Services | B | Dividend | L | T | | | | | |
| 521. 3M | B | Dividend | L | T | | | | | |
| 522. Pepsico | B | Dividend | L | T | | | | | |
| 523. Splunk Inc | | None | K | T | | | | | |
| 524. Texas Instruments | B | Dividend | M | T | | | | | |
| 525. Toll Brothers Inc | A | Dividend | K | T | | | | | |
| 526. Union Pacific Corp | A | Dividend | K | T | | | | | |
| 527. Unitedhealth Group | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 43

Name of Person Reporting

Stamp Jr, Frederick P.

Date of Report

05/15/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. United Technologies | B | Dividend | M | T | | | | | |
| 529. US Bancorp | | None | K | T | | | | | |
| 530. WesMark WV Muni #548 | A | Dividend | J | T | | | | | |
| 531. WesMark Small Co Growth Fund | D | Dividend | M | T | | | | | |
| 532. WesBanco | C | Dividend | M | T | | | | | |
| 533. Whitewave Foods | | None | | | Sold | 04/12/17 | L | D | |
| 534. Trust #10 (Security National) (H) | | | | | | | | | |
| 535. AT&T | B | Dividend | K | T | | | | | |
| 536. Abbott Labs | A | Dividend | K | T | | | | | |
| 537. Abbvie | B | Dividend | L | T | | | | | |
| 538. Air Prods & Chems Inc | C | Dividend | M | T | Sold (part) | 05/01/17 | J | D | |
| 539. Amazon Com Inc | | None | L | T | | | | | |
| 540. Apple Inc | C | Dividend | M | T | | | | | |
| 541. Caterpillar Inc | B | Dividend | L | T | | | | | |
| 542. Coca Cola Co | A | Dividend | K | T | Buy | 09/14/17 | K | | |
| 543. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 544. Chubb Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stamp Jr, Frederick P. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  CVS Health Corp | A | Dividend | K | T | Buy | 09/14/17 | K | | |
| 546.  Dominion Resources | B | Dividend | K | T | | | | | |
| 547.  Duke Energy Corp | B | Dividend | K | T | | | | | |
| 548.  Exxon Mobil | C | Dividend | M | T | | | | | |
| 549.  Facebook Inc | | None | K | T | | | | | |
| 550.  General Electric | B | Dividend | K | T | | | | | |
| 551.  Gilead Sciences Inc | B | Dividend | K | T | | | | | |
| 552.  Home Depot | C | Dividend | M | T | Sold (part) | 05/01/17 | K | E | |
| 553. | | | | | Sold (part) | 09/14/17 | K | E | |
| 554.  Intel | B | Dividend | L | T | | | | | |
| 555.  IBM | B | Dividend | L | T | Sold (part) | 05/01/17 | K | C | |
| 556.  IShares MSCI EMG MKT ETF | A | Dividend | K | T | Buy | 09/14/17 | K | | |
| 557.  IShares MSCI EAFE ETF | A | Dividend | K | T | Buy | 09/14/17 | K | | |
| 558.  IShares TR S&P MC 400GR | A | Dividend | K | T | Buy | 09/14/17 | J | | |
| 559.  IShares TR S&P MC 400VL | A | Dividend | K | T | Buy | 09/14/17 | K | | |
| 560.  IShares TR SP SMCP 600VL | A | Dividend | K | T | Buy | 09/14/17 | K | | |
| 561.  IShares TR SP SMCP 600GR | A | Dividend | K | T | Buy | 09/14/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Johnson & Johnson | C | Dividend | L | T | Sold (part) | 05/01/17 | J | D | |
| 563. | | | | | Sold (part) | 09/14/17 | K | E | |
| 564. Federated Prime Obligations | A | Dividend | L | T | | | | | |
| 565. Omnicom Gr | B | Dividend | L | T | | | | | |
| 566. Oracle | B | Dividend | L | T | Sold (part) | 09/14/17 | K | D | |
| 567. Pepsico Inc | C | Dividend | M | T | | | | | |
| 568. Proctor & Gamble | C | Dividend | M | T | Sold (part) | 09/14/17 | K | D | |
| 569. PNC Financial Svcs Group | B | Dividend | K | T | Sold (part) | 09/14/17 | K | D | |
| 570. Thermo Fisher Scientific Inc | A | Dividend | M | T | | | | | |
| 571. United Technologies | B | Dividend | M | T | | | | | |
| 572. Visa Inc | A | Dividend | K | T | | | | | |
| 573. Verizon Communications | B | Dividend | L | T | | | | | |
| 574. Zimmer Biomet Holdings Inc. | A | Dividend | L | T | Sold (part) | 05/01/17 | K | D | |
| 575. Trust #11 (Security Nat'l) (H) | | | | | | | | | |
| 576. Federal Prime - Obligations | A | Dividend | K | T | | | | | |
| 577. Vanguard ST Investment Grade Fund | C | Dividend | M | T | | | | | |
| 578. AT&T | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Abbott Labs | A | Dividend | K | T | | | | | |
| 580. Abbvie | B | Dividend | L | T | | | | | |
| 581. Air Prods & Chems Inc | A | Dividend | K | T | | | | | |
| 582. Amazon Com Inc | | None | L | T | | | | | |
| 583. Apple Inc | B | Dividend | M | T | | | | | |
| 584. Automatic Data Processing | B | Dividend | L | T | | | | | |
| 585. Bard CR Inc Com | A | Dividend | | | Sold | 12/29/17 | L | F | |
| 586. Blackrock Inc | A | Dividend | L | T | | | | | |
| 587. CVS Health Corp | A | Dividend | K | T | | | | | |
| 588. Caterpillar Inc | B | Dividend | L | T | | | | | |
| 589. Chevron Corporation | B | Dividend | L | T | | | | | |
| 590. Chubb Corp | B | Dividend | L | T | | | | | |
| 591. Cisco Sys Inc | A | Dividend | K | T | | | | | |
| 592. Colgate Palmolive | B | Dividend | L | T | | | | | |
| 593. Conocophillips | B | Dividend | L | T | | | | | |
| 594. DowDupont (formerly Dow Chemical) | A | Dividend | K | T | | | | | |
| 595. Duke Energy | B | Dividend | K | T | Sold (part) | 09/25/17 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. Ebay Inc | | None | K | T | | | | | |
| 597. Dell Technologies | | None | | | Sold | 05/22/17 | J | C | |
| 598. Exxon Mobil | B | Dividend | L | T | | | | | |
| 599. Thermo Fisher | A | Dividend | M | T | | | | | |
| 600. General Electric Co | A | Dividend | J | T | | | | | |
| 601. Gilead Sciences Inc | B | Dividend | L | T | | | | | |
| 602. Home Depot | C | Dividend | M | T | Sold (part) | 09/25/17 | K | E | |
| 603. IBM | A | Dividend | K | T | | | | | |
| 604. Intel Corp | B | Dividend | L | T | | | | | |
| 605. Ishares MSCI Emerging Mkts | A | Dividend | K | T | | | | | |
| 606. Ishares MSCI EAFE ETF | A | Dividend | L | T | Buy | 09/25/17 | L | | |
| 607. Ishares TR S&P MC 400GR | A | Dividend | L | T | Buy | 02/21/17 | K | | |
| 608. | | | | | Buy (add'l) | 05/22/17 | K | | |
| 609. Ishares TR S&P MC 400VL ETF | A | Dividend | L | T | Buy | 02/21/17 | K | | |
| 610. | | | | | Buy (add'l) | 05/22/17 | K | | |
| 611. Ishares TR SP SMCP 600VL ETF | A | Dividend | L | T | Buy | 02/21/17 | K | | |
| 612. | | | | | Buy (add'l) | 05/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Ishares TR SMCP 600GR ETF | A | Dividend | L | T | Buy | 02/21/17 | K | | |
| 614. | | | | | Buy (add'l) | 05/22/17 | K | | |
| 615. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 616. Microsoft | A | Dividend | K | T | | | | | |
| 617. Omnicom Group | A | Dividend | K | T | | | | | |
| 618. Paypal Holdings Inc | | None | K | T | | | | | |
| 619. Pepsico Inc | B | Dividend | L | T | | | | | |
| 620. PPG Industries | A | Dividend | K | T | | | | | |
| 621. Praxair | A | Dividend | K | T | | | | | |
| 622. Proctor & Gamble | B | Dividend | K | T | | | | | |
| 623. Qualcomm Inc | B | Dividend | K | T | | | | | |
| 624. Quest Diagnostics | A | Dividend | K | T | | | | | |
| 625. 3M Com | B | Dividend | L | T | | | | | |
| 626. United Technologies | A | Dividend | K | T | | | | | |
| 627. Verizon Communications | B | Dividend | K | T | | | | | |
| 628. Versum Matls Inc | A | Dividend | | | Sold | 05/22/17 | J | B | |
| 629. Visa Inc | B | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Wallgreens Boots Alliance Inc | B | Dividend | L | T | | | | | |
| 631. Zimmer Holdings | A | Dividend | K | T | | | | | |
| 632. IRA #3(Security Nat'l) (H) | | | | | | | | | |
| 633. Federated Government Obligations Prem | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 634. Vanguard Global Equity Inv | A | Dividend | J | T | Buy | 04/26/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick P. Stamp Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544